IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHAN DAVID ROBINSON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | CIVIL NO.  3:10-cv-05572-KLS<br><br><br>ORDER GRANTING MOTION<br>TO REMAND |

　　　The Court, having reviewed Defendant's Unopposed Motion for Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g), and good cause being shown, hereby

　　　ORDERS that this matter be remanded to the Commissioner for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g) to formally enter into the record and consider microfilmed medical records that were previously unreadable and afford Plaintiff the opportunity for a de novo hearing.

///

///

///

Page 1    ORDER - [3:10-cv-05572-KLS]

DATED this 16th day of December, 2010.

                                                Karen L. Strombom
                                                United States Magistrate Judge

Presented By:

/s/ Brett E. Eckelberg
BRETT E. ECKELBERG
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075
Telephone: (206) 615-3748
Fax: (206) 615-2531
brett.eckelberg@ssa.gov