# United States District Court

WESTERN DISTRICT OF WASHINGTON

NATHAN DAVID ROBINSON,

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

JUDGMENT IN A CIVIL CASE

CIVIL NO. 3:10-cv-05572-KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

this matter be remanded to the Commissioner for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g) to formally enter into the record and consider microfilmed medical records that were previously unreadable and afford Plaintiff the opportunity for a de novo hearing.

| | |
|---|---|
| December 17, 2010 | WILLIAM M. McCOOL |
| Date | Clerk |
| | *s / Mary Trent* |
| | Deputy Clerk |