UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| NATHAN DAVID ROBINSON,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No.  3:10-cv-05572-KLS<br><br>ORDER VACATING JUDGMENT |

Based upon Plaintiff and Defendant's Joint Motion to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e), it is hereby:

ORDERED that the Court's Judgment entered on December 17, 2010, is hereby vacated.

DATED this 24th day of June, 2011.

Karen L. Strombom
United States Magistrate Judge

Presented by:

Page 1    ORDER TO ALTER OR AMEND JUDGMENT PURSUANT TO FEDERAL RULE
         OF CIVIL PROCECURE 59(e) - [3:10-cv-05572-KLS]

1

2  s/ Brett E. Eckelberg
BRETT E. ECKELBERG
3  Special Assistant United States Attorney
Office of the General Counsel
4  Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
5  Seattle, Washington 98104-7075
Telephone: (206) 615-3748
6  Fax: (206) 615-2531
brett.eckelberg@ssa.gov

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24